IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: )
)
Soraya RUIZ, )
    Debtor ) Case No. 13-13559
)
) Chapter 7
) Honorable Judge Timothy A. Barnes
)

### NOTICE OF MOTION

To: Brian Audette, Perkins Coie LLP
131 S. Dearborn St., Suite 1700
Chicago, Ill. 60603-5559

Office of the U.S. Trustee
Dirksen Federal Courthouse
219 S. Dearborn St., Room 873
Chicago, Ill. 60604

Soraya Ruiz
2165 N. Melvina
Chicago, Ill. 60639

SEE ATTACHED LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE THAT** on the 25th day of September, 2013 at the hour of 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Timothy A. Barnes, in courtroom 613 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, or any other Judge sitting in his place and stead and shall present a MOTION TO REOPEN CASE TO ALLOW DEBTOR TO FILE REAFFIRMATION AGREEMENT, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance herewith.

AT WHICH TIME and place you may appear if you see fit.

/s/Faustino Rodriguez
Law Office of Faustino Rodriguez
5141 W. Fullerton Ave.
Chicago, Ill. 60639
(773) 237-3465

### CERTIFICATE OF SERVICE

I, Faustino Rodriguez, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at the U.S. Post Office at 433 W. Harrison St., Chicago, Ill. 60699, before the hour of 9:00pm on September 14, 2013.

By: **/s/Faustino Rodriguez**
    Faustino Rodriguez

**Attorney for Debtor**
Faustino Rodriguez
5141 W. Fullerton Ave.
Chicago, Ill. 60639
(Tel.) 773 237 3465

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Soraya Ruiz ) | |
| Debtor ) | Case No. 13-13559 |
| ) | |
| ) | Chapter 7 |
| ) | Honorable Judge Timothy A. Barnes |
| ) | |

## MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE TO ALLOW DEBTOR TO FILE REAFFIRMATION AGREEMENT

NOW COMES the Debtor, Soraya Ruiz, and pursuant to U.S.Bankruptcy Code §350(b) requests that the Court reopen the above-captioned bankruptcy case, and in support thereof now states:

1. That Debtor requests that the Court reopen the above-captioned bankruptcy case for the limited purpose of permitting the filing of a reaffirmation agreement between Debtor and Turner Acceptance Co. for a 2003 Nissan Altima vehicle with a current balance of $7,110.42.

2. Debtor signed the reaffirmation agreement on August 24, 2013.

3. Attorney for Debtor signed reaffirmation agreement on August 24, 2013.

4. This case was properly closed pursuant to §350(a) on September 9, 2013.

5. An Order of Discharge was issued on September 5, 2013.

6. The Debtor wishes to retain the vehicle since she has only 18 more payments remaining and it is the only vehicle she owns and which she uses for work.

7. Creditors will not be unfairly prejudiced by allowing this Motion to Reopen.

8. The reaffirmation agreement was entered into between Debtor and Turner Acceptance before the discharge order was entered. Due to unforeseen circumstances, the attorney

was unable to timely file the Reaffirmation agreement before the Order of Discharge was granted.

WHEREFORE, Debtor prays the Court reopen the above-captioned bankruptcy case and for all further relief as may be just and proper.

Respectfully submitted,

_____
Faustino Rodriguez

Faustino Rodriguez
Attorney-at-Law
ARDC # 6227080
5141 West Fullerton Avenue
Chicago, Illinois 60639
Tel. (773) 237-3465
Fax (773) 237-4010

# Creditors

**Aes/bank Of America**
Po Box 2461
Harrisburg PA 17105

**American Honda Finance**
2170 Point Blvd Ste 100
Elgin IL 60123

**Contl Furn**
2743 West 36th Pla
Chicago IL 60632

**CONVERGENT OUTSOURCING**
800 SW 39TH ST
RENTON WA 98057

**E T I Financial Corp**
PO BOX 829522
Pembroke Pines FL 33082

**ENHANCED RECOVERY CO L**
8014 BAYBERRY RD
JACKSONVILLE FL 32256

**Famsa Inc**
12801 Leffingwell Ave
Santa Fe Springs CA 90670

**First Premier Bank**
601 S Minnesota Ave
Sioux Falls SD 57104

**I C SYSTEM INC**
PO BOX 64378
SAINT PAUL MN 55164

**Sprint**
6391 Spring Parkway
Overland Park KS 66251

**Turner Acceptance Crp**
5900 W Howard St
Skokie IL 60077